**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:19-cr-129-3 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| PATRICK LAWRENCE | ) | |
| also known as "LOWRANCE" | ) | Magistrate Judge Susan K. Lee |
| | ) | |

---

### ORDER

---

Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea as to Count One of the eight-count Indictment; (2) accept Defendant's guilty plea as to the lesser-included offense of the charge in Count One of the Indictment, that is of conspiracy to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846; (3) adjudicate the Defendant guilty of the lesser-included offense of the charge in Count One of the Indictment, that is of conspiracy to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) allow Defendant to remain on bond under appropriate conditions of release pending sentencing in this matter (Doc. 128). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 138) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea as to Count One of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to the lesser-included offense of the charge in Count One of the Indictment, that is of conspiracy to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846 is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of the lesser-included offense of the charge in Count One of the Indictment, that is of conspiracy to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846;

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant will remain on bond under appropriate conditions of release until sentencing in this matter which is scheduled to take place on **October 30, 2020 at 9:00 a.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

*/s/Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**